UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                                     Case No. 22-cv-11239

v.                                              Hon. Matthew F. Leitman

DIANE SZOSTAK a/k/a
DIANNE SZOSTAK, et al.,

      Defendants.

_____/

## ORDER REQUIRING PLAINTIFF TO SERVE
## DEFENDANTS WITH NOTICE OF HEARING

On February 8, 2023, Plaintiff filed a motion for a default judgment against all Defendants. (*See* Mot., ECF No. 15.) The Court has now issued a Notice of Hearing setting Plaintiff's motion for Zoom video hearing on **March 13, 2023**, at **10:00 a.m**. (*See* Notice of Hearing, ECF No. 16.)

By no later than **February 28, 2023**, Plaintiff shall serve defendants with (1) the Notice of Hearing, (2) this order, and (3) a proposed default judgment.

In addition, by no later than **February 28, 2023**, Plaintiff shall file a Certificate of Service on the docket confirming that they have served defendants with these documents.

1

Finally, by no later than **February 28, 2023**, Plaintiff shall submit the proposed default judgment to the Court through the Utilities function of CM/ECF.

**IT IS SO ORDERED.**

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: February 14, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 14, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126