UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 22-cv-11239
Hon. Matthew F. Leitman

DIANE SZOSTAK, *et al.*,

    Defendants.
_____/

### ORDER (1) DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (ECF No. 15) WITHOUT PREJUDICE AND (2) SETTING ASIDE DEFAULT PREVIOUSLY ENTERED AGAINST DIANE SZOSTAK ONLY

On April 21, 2023, the Court held a hearing over video conferencing on Plaintiff's Motion for Default Judgment (ECF No. 15). For the reasons explained on the record during that hearing, **IT IS HEREBY ORDERED** as follows:

- The Government's Motion for Default Judgment (ECF No. 15) is **DENIED WITHOUT PREJUDICE**.

- The default previously entered by the Clerk of the Court against Defendant Diane Szostak a/k/a Dianne Szostak is set aside.

- The defaults previously entered by the Clerk of the Court against all other Defendants remain in place.

- The Government shall file its motion for summary judgment by no later than **May 12, 2023**.  Ms. Szostak shall file a Response by no later than **June 23, 2023**.  The Government shall file its Reply by no later than **July 7, 2023**.

    **IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  April 24, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 24, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2