UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DIANE SZOSTAK (a/k/a DIANNE SZOSTAK);
SHAWN MICHELLE ANDERSON,
TRICIA ANN TRIMBLE, and
JOHN DOE as Trustee of the
PATRICIA ANN ANDERSON TRUST,

    Defendant.
_____/

Case No. 2:22-cv-11239
Hon. Matthew F. Leitman

### ORDER (1) GRANTING PLAINTIFF'S REQUEST (ECF No. 34) TO WITHDRAW MOTION FOR SUMMARY JUDGMENT (ECF No. 29) AND (2) DIRECTING PARTIES TO APPEAR FOR A VIDEO STATUS CONFERENCE

Plaintiff United States of America has filed a request (ECF No. 34) to withdraw its pending motion for summary judgment (ECF No. 29). For the reasons set forth in the request, the request is **GRANTED**. The United States may file a new motion for summary judgment at a later date. In addition, the parties are directed to appear at a video status conference to be held after the United States re-calculates Defendant's alleged tax liability. Once the United States completes its recalculation, it shall notify the Court (by email to the Court's case manager), and the Court will

1

schedule the status conference.  The United States shall not file its new motion for summary judgment until after the Court holds the to-be-scheduled status conference.

**IT IS SO ORDERED.**

s/Matthew F. Leitman<br>MATTHEW F. LEITMAN<br>UNITED STATES DISTRICT JUDGE

Dated:  January 3, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 3, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan<br>Case Manager<br>(313) 234-5126