UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                    Case No. 2:22-cv-11239
                                    Hon. Matthew F. Leitman

DIANE SZOSTAK (a/k/a DIANNE SZOSTAK);
SHAWN MICHELLE ANDERSON,
TRICIA ANN TRIMBLE, and
JOHN DOE as Trustee of the
PATRICIA ANN ANDERSON TRUST,

    Defendant.
_____/

## ORDER CONCERNING ENTRY OF JUDGMENT

On November 19, 2024, the Court granted Plaintiff United States of America's superseding motion for summary judgment. (*See* Order, ECF No. 47.) In the Court's Order, the Court determined that the United States was entitled to certain specific amounts in addition to an unspecified amount of interest. The Court hereby directs the United States to complete a final interest calculation and prepare a proposed judgment. The United States shall thereafter file a motion for entry of judgment in which it sets forth its final interest calculations, the total amount it claims due, and a proposed judgment. The United States shall file the motion by **not later than December 18, 2024**.

    **IT IS SO ORDERED.**

                                                     s/Matthew F. Leitman
                                                   MATTHEW F. LEITMAN
                                                   UNITED STATES DISTRICT JUDGE

Dated: November 19, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 19, 2024, by electronic means and/or ordinary mail.

                         s/Holly A. Ryan
                         Case Manager
                         (313) 234-5126