UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                    Case No. 2:22-cv-11239

v.                                Hon. Matthew F. Leitman

DIANE SZOSTAK (a/k/a DIANNE SZOSTAK);
SHAWN MICHELLE ANDERSON,
TRICIA ANN TRIMBLE, and
JOHN DOE as Trustee of the
PATRICIA ANN ANDERSON TRUST,

    Defendant.

_____/

## **JUDGMENT**

In accordance with the Orders entered on this day and on November 19, 2024,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1.    The Defendant, Diane Szostak (a/k/a Dianne Szostak), is indebted to the United States of America in the sum of $626,471.30, plus interest accruing from December 18, 2024, pursuant to 26 U.S.C. §§ 6601, 6621, 6622, and 28 U.S.C. § 1961(c)(1), for outstanding unpaid federal income taxes, penalties, and interest for tax year 2011.

2.    The Defendant, Diane Szostak (a/k/a Dianne Szostak), is also indebted to the United States of America in the additional sum of $20,329.99, plus interest accruing from December 18, 2024, pursuant to 26 U.S.C. §§ 6601, 6621, 6622, and

28 U.S.C. § 1961(c)(1), for outstanding unpaid penalties and interest for frivolous tax submissions for tax years 2007, 2008, and 2011.

3.     The following conveyances of the real property located at 4633 Capac Rd., Capac, MI 48014 (as more particularly described in Exhibit 1 to the Complaint in this action) were fraudulent and are therefore avoided as to the United States of America: (a) the quitclaim deed purporting to transfer the Capac Rd. Property to Szostak's daughters, Tricia Ann Trimble and Shawn Michelle Anderson, dated February 17, 2012 and recorded at Book 4225, Page 465, at the St. Clair County Register of Deeds; and (b) the quitclaim deed purporting to transfer the Capac Rd. Property from Tricia Ann Trimble and Shawn Michelle Anderson to the Patricia Ann Anderson Trust, dated June 15, 2012, recorded at Book 4277, Page 93, at the St. Clair County Register of Deeds.

KINIKIA ESSIX
CLERK OF COURT

By:     s/Holly A. Ryan                          
        Deputy Clerk

Approved:

s/Matthew F. Leitman                     
MATTHEW F. LEITMAN
United States District Judge

Dated:  January 27, 2025
Detroit, Michigan

2