UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 2:22-cv-11239
Hon. Matthew F. Leitman

DIANE SZOSTAK (a/k/a DIANNE SZOSTAK);
SHAWN MICHELLE ANDERSON,
TRICIA ANN TRIMBLE, and
JOHN DOE as Trustee of the
PATRICIA ANN ANDERSON TRUST,

    Defendants.

_____/

## ORDER TERMINATING AS MOOT DEFENDANT'S MOTION FOR PAUPER STATUS (ECF No. 63)

On March 24, 2025, Defendant Diane Szostak filed a motion to proceed *in forma pauperis* ("IFP") on appeal. (*See* Mot., ECF No. 63.) The Court has already granted Szostak IFP status with respect to her appeal. (*See* Order, ECF No. 60.) The Court therefore **TERMINATES** Szostak's motion without prejudice as moot.

    **IT IS SO ORDERED**.

                                  s/Matthew F. Leitman
                                  MATTHEW F. LEITMAN
                                  UNITED STATES DISTRICT JUDGE

Dated: March 24, 2025

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 24, 2025, by electronic means and/or ordinary mail.

                                              s/Holly A. Ryan  
                                              Case Manager  
                                              (313) 234-5126