UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                Case No. 22-cv-11239

v.                               Hon. Matthew F. Leitman

DIANE SZOSTAK (a/k/a DIANNE SZOSTAK);
SHAWN MICHELLE ANDERSON,
TRICIA ANN TRIMBLE, and
JOHN DOE as Trustee of the
PATRICIA ANN ANDERSON TRUST,

    Defendants.

_____/

## ORDER DENYING DEFENDANT'S MOTION FOR TRANSCRIPTS TO BE PAID BY GOVERNMENT EXPENSE (ECF No. 66)

On January 27, 2025, the Court entered judgment in favor of Plaintiff United States and against Defendant Diane Szostak a/k/a Dianne Szostak. (*See* Judgment, ECF No. 53.)  Szostak thereafter filed a Notice of Appeal. (*See* Notice, ECF No. 57.)  Now before the Court is Szostak's Motion for Transcripts to be Paid by Government Expense (ECF No. 66).  As the title of the motion suggests, Szostak seeks entry of an order requiring the Government to pay the cost for the preparation of transcripts in this action.  The motion is **DENIED** for two reasons.

First, Szostak has not cited any legal authority in support of her request that the Government pay for the cost of transcripts prepared in this matter.  Second,  and

more importantly, the Court is not persuaded that Szostak requires transcripts in order to prosecute her appeal.  The Court issued four orders related to Szostak's appeal. (*See* Orders, ECF Nos. 47, 48, 52, 54.)  The Court did not hold a hearing in connection with the entry of any of those orders.  Therefore, there is no transcript of proceedings related to the Court's rulings that Szostak wishes to challenge on appeal. The only on-the-record proceedings that the Court held in this case involved ministerial and case management matters (*see, e.g.*, 12/12/2023 Minute Entry; 03/18/2024 Minute Entry; 09/17/2024 Minute Entry), and Szostak has not persuaded the Court that she needs transcripts of those proceedings in order to pursue her appeal.

For all of the reasons explained above, Szostak's motion is **DENIED**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  April 10, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 10, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126